**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEAL IMAGE DEVELOPMENT CORPORATION,<br><br>Defendant. | Case No. 3:24-cv-02297-AJB-VET<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Anthony J. Battaglia |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing...a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff G.M. hereby dismisses, without prejudice, her claims against Defendant Ideal Image Development Corporation.

Dated:  February 25, 2025          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  /s/ *Sarah N. Westcot*_____

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL          CASE NO. 3:24-CV-02297-AJB-VET